7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Gary K Doty
*Debtor*

*Bankruptcy Case No.*
16−60032−abf7

**Legacy Bank and Trust**
   Plaintiff(s)

*Adversary Case No.*
16−06008−abf

v.

**Gary K Doty**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of the Plaintiff Legacy Bank and Trust, and against the Defendant Gary K. Doty. The indebtedness owed by Gary Doty to Legacy Bank and Trust in the amount of $26,322.97, together with interest thereon in the amount of $6,120.08 is non−dischargeable pursuant to §523(a)(2)(A) and §523(a)(2)(B) of the United States Bankruptcy Code, and same is hereby excepted from any discharge granted to Gary Doty in his Bankruptcy Proceeding, Case No. 16−60032−abf7.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 5/19/16

Court to serve